UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

Y.J.F.R., Petitioner,

v. Civil Action No. 4:25-cv-142-DJH

JASON WOOSLEY, Jailer, Grayson County
Detention Center et al., Respondents.

\* \* \* \* \*

### ORDER

In accordance with the Sixth Circuit's order of February 24, 2026, dismissing the appeal of this matter (Docket No. 32), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **CLOSED** and **STRICKEN** from the Court's docket.

February 24, 2026

David J. Hale, Chief Judge
United States District Court

1